## TAYLOR v. STATE.
### No. 20491.

Court of Criminal Appeals of Texas.
June 14, 1939.

James E. Faulkner, of Henderson, for appellant.

Lloyd W. Davidson, State's Atty., of Austin, for the State.

GRAVES, Judge.

Appellant was convicted of burglary, and his punishment assessed at two years' confinement in the penitentiary.

The record is before us without a statement of facts or bills of exception. The indictment is sufficient to charge the offense, and all matters of procedure appear to be in due order.

The judgment is affirmed.